UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEBORAH LAUFER, Individually | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20-2240 |
| | ) | |
| LAKEVIEW HOSPITALITY, LLC | ) | |
| d/b/a Decatur Conference Center and Hotel | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S CERTIFICATE OF INTEREST

The undersigned, counsel of record for Lakeview Hospitality, LLC furnishes the following in compliance with Rule 11.3 of this court.

1. The full name of every party represented in the case: Lakeview Hospitality, LLC

2. If such party is a corporation [limited liability company], then:

    Steve Horve holds 100% member interest in Lakeview Hospitality, LLC

3. The name of all law firms expected to appear for Lakeview Hospitality, LLC Jerrold H. Stocks (LEAD) and/or Edward F. Flynn, Featherstun, Gaumer, Stocks, Flynn and Eck, LLP.

                                        LAKEVIEW HOSPITALITY, LLC, Defendant

                                        BY:  FEATHERSTUN, GAUMER, STOCKS,
                                              FLYNN & ECK, LLP, its Attorneys,

                                        BY:  /s/ Jerrold H. Stocks
                                              Jerrold H. Stocks

                                        BY: /s/ Edward F. Flynn
                                              Edward F. Flynn

Jerrold H. Stocks (LEAD)
ARDC No. 06201986
Edward F. Flynn
ARDC No. 06192240
FEATHERSTUN, GAUMER, STOCKS,
FLYNN & ECK, LLP
101 S. State St., Suite 240
P. O. Box 1760
Decatur, IL  62525
Telephone: (217) 429-4453
Fax: (217) 425-8892
e-mail:  jstocks@decatur.legal
             eflynn@decatur.legal

### CERTIFICATE OF SERVICE

      I hereby certify that on November 25, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of Illinois, Springfield Division, by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Jamesalbertdevine@gmail.com
James A. Devine
Attorney at Law
607 E. Adams
Suite 1510
Springfield, IL 62701

                                                                                         /s/ Jerrold H. Stocks
                                                                                       Jerrold H. Stocks

Jerrold H. Stocks
ARDC No. 06201986
FEATHERSTUN, GAUMER, STOCKS,
FLYNN & ECK, LLP
101 S. State St., Suite 240
P. O. Box 1760
Decatur, IL  62525
Telephone: (217) 429-4453
Fax: (217) 425-8892
e-mail:  jstocks@decatur.legal