UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

Case No. 2:20-cv-02240 CSB EIL

DEBORAH LAUFER, individually,
    Plaintiff,

v.

LAKEVIEW HOSPITALITY, LLC
    Defendant
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that the Parties have reached an amicable resolution in the above matter. The Parties will finalize and file papers necessary to dismiss this action with prejudice, which they reasonably expect to do within ten days from the date of this Notice. Accordingly, the Plaintiff respectfully requests that the Court vacate all currently set dates and deadlines, with the expectation that a Stipulation for Dismissal with Prejudice as to all claims and all parties will be filed within twenty days.

Dated this 22nd day of February, 2021.

Respectfully Submitted,

Attorney for Plaintiff

Kathy L. Houston, Esq., Of Counsel
THOMAS B. BACON, P.A.
15321 S. Dixie Highway, Suite 205
Miami, FL 33157
Tel:  305-420-6609
Fax: 786-441-4416
Email: CourtDocs@HoustonLawFL.com

By: _____/s/ *Kathy L. Houston*_____.
Kathy L. Houston, Esq.

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that the foregoing document is being served this 22nd day of February, 2021, on all counsel of record via the Court's CM/ECF system.

      /s/   *Kathy L. Houston*
Kathy L. Houston, Esq.