UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

Case No. 20-2240

DEBORAH LAUFER, individually,

    Plaintiff,

v.

LAKEVIEW HOSPITALITY, LLC
d/b/a Decatur Conference Center & Hotel

    Defendant
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(B), the parties hereby jointly stipulate to a dismissal of the above-captioned action, including all claims therein, with prejudice, each party to bear her/its own costs and attorney's fees.

Dated this 30th day of March, 2021.

| | |
|---|---|
| /s/ Kathy L. Houston | /s/ Jerrold H. Stocks |
| Kathy L. Houston, Esq. | Jerrold H. Stocks, Esq. |
| Email: courtdocs@houstonlawfl.com | Email: jstocks@decatur.legal |
| THE HOUSTON LAW FIRM, P.L. | FEATHERSTUN, GAUMER, STOCKS, |
| 15321 S. Dixie Highway, Suite 205 | FLYNN & ECK, LLP |
| Miami, Florida 33157 | P. O. Box 1760 |
| Tel: 305-420-6609 – Fax 786-441-4416 | Decatur, IL 62525 |
| | Tel: 217-429-4453 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |